IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| Hugo Nlombi Massamba, | * |
| Petitioner, | * |
| | Case No. 1:26-cv-00490-SAG |
| v. | * |
| Pamela Bondi, et al., | |
| | * |
| Respondents. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the Petition for Writ of Habeas Corpus (ECF 1) (the "Petition"), the Notice filed by the Parties, the entire record in this case, the previous opinion of this Court *Lopez* v. *Noem*, Case No. 25-cv-03662-GLR, 2025 WL 3496195 (D. Md. Dec. 5, 2025). I find that no further briefing is necessary, and the Petition can be decided without a hearing. It is hereby:

**ORDERED**, that the Petition is **GRANTED** in part, insofar as I find that the Petitioner is entitled to the relief set forth below, and is **DENIED** as to any further relief at this time:

1. Petitioner is detained under 8 U.S.C. § 1226(a) and Respondents are enjoined from detaining Petitioner under 8 U.S.C. § 1225(b);

2. Petitioner is entitled to a bond hearing consistent with 8 C.F.R. §§ 236.1(d), 1003.19 and 1236.1(d), which shall be held within 10 days of the Petitioner's filing of a motion with the Immigration Court;

3. The bond hearing may be conducted by any Immigration Judge with jurisdiction or administrative control over Petitioner's detention and need not take place in Maryland;

4. If bond granted and Petitioner is released, nothing in this Court's Order precludes ICE from imposing reasonable conditions of release;

5. If Petitioner is not provided with a bond hearing before an Immigration Judge in compliance with this Order, Respondents shall release Petitioner from custody, with reasonable conditions, which may include the requirement that Petitioner appear for a bond hearing at Immigration Court in Maryland;

6. The parties shall provide the Court with a Joint Status Report within 14 days of the date of the Court's Order; and

7. Petitioner's request for attorney's fees and costs is denied.

**ORDERED** that the Court shall **RETAIN** jurisdiction of this matter to enforce compliance with this Order.

Dated: February 10, 2026

/s/
The Honorable Stephanie A. Gallagher
United States District Court Judge